**Electronically Filed
Supreme Court
SCPW-13-0000617
14-AUG-2013
10:53 AM**

SCPW-13-0000617

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GERALD VILLANUEVA, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. No. 96-0078, No. 20220, NO. 30137)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Gerald Villanueva's motion for reconsideration of the June 28, 2013 order denying his motion for a writ of mandamus, which was electronically filed by the appellate clerk on August 7, 2013,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, August 14, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

